Delta Realty Group LLC v Lifeng Jin

2026 NY Slip Op 50555(U)

April 20, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Landlord and Tenant—Summary Proceedings--Failure to Hold Trial--Remand for Further Proceedings

Delta Realty Group LLC, Petitioner-Landlord-Respondent,

v

Lifeng Jin & Shuang Long Shi, Respondents-Tenants-Appellants.

Supreme Court, Appellate Term, First Department

Decided on April 20, 2026

571472/25

Present: Brigantti, J.P., Tisch, Alpert, JJ.

Tenants appeal from a decision/order of the Civil Court of the City of New York, Bronx County (Jeffrey S. Zellan, J.), entered May 26, 2022, after a purported nonjury trial, which dismissed tenants' affirmative defenses and counterclaims and awarded landlord possession and a monetary award in the principal amount of $126,160 in a commercial nonpayment summary proceeding.

[*1]

Per Curiam.

Appeal from decision/order (Jeffrey S. Zellan, J.), entered May 26, 2022, deemed an appeal from the final judgment (same court and Judge), entered on the same date, and so considered (see CPLR 5520 [c]), final judgment reversed, with $30 costs, and matter remanded for further proceedings, including consideration of landlord's summary judgment motion.

Although Civil Court's decision/order granting judgment to landlord expressly states that it is made "after trial," a review of the transcript from the court appearance of April 5, 2022, reveals that no trial was actually held. Indeed, no sworn testimony was elicited or evidence received. Under the circumstances of this case, the appropriate remedy is to remand for further proceedings (see Gittens v Wilson, 42 Misc 3d 151[A], 2014 NY Slip Op 50433[U] [App Term, 1st Dept 2014]).

To the extent that landlord maintains that the court, in effect, granted its motion for summary judgment on that date, we note that the court's determination was expressly based upon "the credible testimony and evidence" after "trial on the record on April 5, 2022." It "is not the function of a court deciding a summary judgment motion to make credibility determinations or findings of fact, but rather to identify material triable issues of fact (or point to the lack thereof)" (Vega v Restani Const. Corp., 18 NY3d 499, 505 [2012][citation omitted]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: April 20, 2026